IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KOBIE JOE HENSON                                             PLAINTIFF

v.                             Case No. 6:23-cv-6002

SHERIFF MIKE CASH;
SERGEANT JOSH LINGO
(Jail Captain, Hot Spring County Jail);
DOCTOR ELKIN; MARK SMITH                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 13, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 88. Judge Ford recommends that the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies filed by Defendants Cash, Lingo, and Smith (ECF No. 80) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 88) *in toto*. Accordingly, the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (ECF No. 80) is **DENIED**.

**IT IS SO ORDERED**, this 7th day of February, 2025.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           Chief United States District Judge