IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KOBIE JOE HENSON                                                                                    PLAINTIFF

v.                                    Case No. 6:23-cv-6002

SHERIFF MIKE CASH;
SERGEANT JOSH LINGO
(Jail Captain, Hot Spring County Jail);
DOCTOR ELKIN; MARK E. SMITH                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 119. Judge Ford recommends that the Motion for Summary Judgment filed by Defendant Elkin (ECF No. 102) be granted. Judge Ford also recommends that the Motion for Summary Judgment filed by Defendants Cash, Lingo, and Smith (ECF No. 106) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary Judgment filed by Defendant Elkin (ECF No. 102) is **GRANTED**. The Motion for Summary Judgment filed by Defendants Cash, Lingo, and Smith (ECF No. 106) is **GRANTED**. Further, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge